**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GARY LEON WEBSTER**                                                            **PLAINTIFF**
**ADC #114018**

**v.**                                        **Case No.  4:20-cv-01232-KGB**

**DOE, Regional Director,**                                                      **DEFENDANT**
**Department of Veteran Affairs**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 21st day of October, 2020.

Kristine G. Baker
United States District Judge